UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 01174
    PATRICIA A GIPSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-0156


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/14/2005 and was confirmed 03/21/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

      The case was paid in full 12/23/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AAA CHECKMATE | UNSECURED | 621.43 | .00 | 87.00 |
| CONSUMER PORTFOLIO SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT LLC | SECURED | 8000.00 | 1375.35 | 8000.00 |
| FAIRLANE CREDIT LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 380.00 | .00 | 53.20 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 894.86 | .00 | 125.28 |
| FIRST CONSUMERS NB | UNSECURED | 941.38 | .00 | 131.79 |
| MANJULA KHANDELWAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1060.29 | .00 | 148.44 |
| NICOR GAS | NOTICE ONLY | NOT FILED | .00 | .00 |
| OAK PARK OPEN MRI | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PATHOLOGY CHP SC | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 1051.71 | .00 | 147.24 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RLT NEUROLOGIC ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RUSH OAK PARK HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TROY SMITH | NOTICE ONLY | NOT FILED | .00 | .00 |
| SINAI COMMUNITY FOUNDATI | UNSECURED | NOT FILED | .00 | .00 |
| WEST CHICAGO PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| WESTLAKE EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| RPM | NOTICE ONLY | NOT FILED | .00 | .00 |
| WESTLAKE COMMUNITY HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT LLC | UNSECURED | 8855.22 | .00 | 1239.73 |
| VILLAGE OF MAYWOOD | SECURED NOT I | 368.41 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 711.19 | .00 | 99.57 |
| SHERMAN ACQUISITION | UNSECURED | .00 | .00 | .00 |
| STEFANS STEFANS & STEFAN | DEBTOR ATTY | 2,700.00 | | 2,700.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 01174 PATRICIA A GIPSON

```
TOM VAUGHN              TRUSTEE                                   888.62
DEBTOR REFUND          REFUND                                       .00
```

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   14,996.22

PRIORITY                                          .00
SECURED                                      8,000.00
    INTEREST                                 1,375.35
UNSECURED                                    2,032.25
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           888.62
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                    14,996.22          14,996.22

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```